427 A.2d 1215

Commonwealth v. Townsend, Appellant.

Submitted December 8, 1978. Robert G. Allman, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.